# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC.,** *et al.*, § § § **Plaintiffs,** § § **v.** § § **OUTLAW COUNTRY SOCIAL CLUB,** § **INC., d/b/a OUTLAW COUNTRY,** *et al.*, § § **Defendants.** § § | **Case No. 6:18-CV-591-JDK** |

## DEFAULT JUDGMENT

For the reasons stated in the Court's Order Granting Motion for Default Judgment (Docket No. 16) and the Order Granting Plaintiffs' Request for Attorneys' Fees and Costs, default judgment is hereby **ENTERED** in favor of Plaintiffs pursuant to Federal Rule of Civil Procedure 55(b)(2). It is further

**ORDERED** that Plaintiffs shall recover from Defendants Outlaw Country Social Club, Inc., Randy L. Wilbanks, Beverly M. Wilbanks, and Tracey L. Huff, jointly and severally, statutory damages in the amount of Sixty Thousand Dollars ($60,000.00), pursuant to 17 U.S.C. § 504(c)(1). It is further

**ORDERED** that Plaintiffs shall recover from Defendants Outlaw Country Social Club, Inc., Randy L. Wilbanks, Beverly M. Wilbanks and Tracey L. Huff, jointly and severally, reasonable attorneys' fees in the amount of $3,963.00 and costs in the amount of $1,495.06, pursuant to 17 U.S.C. § 505.  It is further

**ORDERED** that Plaintiffs shall recover from Defendants Outlaw Country Social Club, Inc., Randy L. Wilbanks, Beverly M. Wilbanks and Tracey L. Huff, jointly and severally,

post-judgment interest on the full amount of the money judgment, pursuant to 28 U.S.C. § 1961. It is further

**ORDERED** that Defendants Outlaw Country Social Club, Inc., Randy L. Wilbanks, Beverly M. Wilbanks, Tracey L. Huff and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.  It is further

**ORDERED** that this Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **13th**  day of  **June, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE